IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARREN R. SIDWELL, Individually
and as Special Administrator of the
Estate of DERRICK R. SIDWELL,
Deceased,**

**Plaintiff,**

**v.**

**COUNTY OF JERSEY; PAUL
CUNNINGHAM, Sheriff; JERSEY
COUNTY SHERIFF'S DEPARTMENT;
and KEVIN KLAAS,**   Case No.  3:05-CV-530-DRH

**Defendants.**

_____

## ORDER

**HERNDON, District Judge:**

  Before the Court is a motion submitted by Plaintiffs (Doc. 7) seeking to extend the time in which they may file a response to Defendant's Motion to Dismiss (Doc. 2).  Pursuant to **Local Rule of the Southern District of Illinois 7.1(c)**, "[a]n adverse party shall have **thirty (30) days** after the service (*see* FED. R. CIV. P. 6) of the movant's motion [to dismiss] in which to serve and file an answering brief."  Defendant's Motion to Dismiss was filed on October 5, 2005.  As is properly noted on the docket sheet, therefore, Plaintiffs, have until November 7, 2005 to respond.

Plaintiffs' Motion is thus **DENIED** as moot (Doc. 7).

        **IT IS SO ORDERED.**

Signed this 24th day of October, 2005.

                                      /s/        David RHerndon
                            **United States District Judge**