IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARREN R. SIDWELL, individually and
as Special Administrator of the Estate of
DERRICK R. SIDWELL, Deceased,**

     **Plaintiff,**

    vs.                            Cause No.  05-CV-530 DRH

**COUNTY OF JERSEY;
PAUL CUNNINGHAM, Sheriff;
JERSEY COUNTY SHERIFF'S
DEPARTMENT; and KEVIN KLASS,**

     **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice** .

                                         **NORBERT G. JAWORSKI, CLERK**

August 24, 2006                        By:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED:/s/          David   RHerndon
                **U.S. DISTRICT JUDGE**